UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LAKEEVIS T. JACKSON                                                         PETITIONER

V.                                              CIVIL ACTION NO. 3:24-CV-57-KHJ-RPM

WARDEN CORNELIUS TURNER                                           RESPONDENT

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment dismissing this case with prejudice. This case is closed.

SO ORDERED AND ADJUDGED, this 12th day of June, 2025.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE